PHILLIP A. TALBERT
Acting United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FERNANDO ABREGO,<br><br>                Defendant. | Case No. 1:21-po-00001-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the status conference set for March 18, 2021 at 10:00a.m.

DATED:  March 10, 2021                              Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                        By:         /s/ Philip N. Tankovich
                                                    PHILIP N. TANKOVICH
                                                    Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and status conference set for March 18, 2021 at 10:00am is vacated.

IT IS SO ORDERED.

Dated: __**March 11, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE